IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 13-cr-40066-JPG-002 |
| SAMUEL S. JACOBS, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In reviewing this file, the Court has noticed a clerical error in the judgment. On page 3 of the judgment (Doc. 92), the Court inadvertently checked the box indicating defendant Samuel S. Jacobs was required during his term of supervised release to comply with the requirements of the Sex Offender Registration and Notification Act, 42 U.S.C. § 16901 *et seq.*, as directed by various officials. In fact, the Court did not impose this condition of supervised release at Jacobs' sentencing and the box should not have been checked. The Court has notified both parties of this clerical error and neither objects to its correction. Therefore, pursuant to Federal Rule of Criminal Procedure 36, the Court **DIRECTS** the Clerk of Court to enter a corrected judgment omitting the incorrectly checked box but identical in all other material respects to the original judgment.

**IT IS SO ORDERED.**
**DATED:   April 15, 2016**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **U.S. DISTRICT JUDGE**